**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **STEVE LORENZO SHAFER,**            ) | |
|       **Petitioner,**                                      ) | |
|                                                                ) | |
| **v.**                                                       ) | No. 3:04-CV-1116-D |
|                                                                ) | |
| **DOUGLAS DRETKE, Director,**              ) | |
| **Texas Department of Criminal Justice,**  ) | |
| **Correctional Institutions Division,**        ) | |
|       **Respondent.**                                ) | |

**ORDER**

After making a *de novo* review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the United States Magistrate Judge, and having considered petitioner's objections filed April 25, 2006, I am of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

SIGNED April 26, 2006.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE